[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 1, 2012
JOHN LEY
CLERK

_____

No. 11-13620

_____

D.C. Docket No. 1:09-cv-01819-TWT


DS WATERS OF AMERICA, INC.,

                                                    Plaintiff-Appellant,

versus

TWIN CITY FIRE INSURANCE COMPANY,

                                                    Defendant-Appellee.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 1, 2012)


Before TJOFLAT and HULL, Circuit Judges, and HUCK,[*] District Judge.

_____

[*]Honorable Paul C. Huck, United States District Judge for the Southern District of
Florida, sitting by designation.

PER CURIAM:

After review of the record and with the benefit of oral argument, we affirm the district court's May 6, 2011 final judgment in favor of the defendant-appellee Twin City Fire Insurance Company ("Twin City") for the reasons stated in its May 5, 2011 order granting summary judgment to Twin City. We also find no reversible error in the district court's April 7, 2010 and December 15, 2010 orders denying the plaintiff-appellant's motions to compel; the district court's February 15, 2011 order denying the plaintiff-appellant's motion for judicial notice; or the district court's July 8, 2011 order denying the plaintiff-appellant's motion to amend the judgment.[1]

**AFFIRMED.**

---

[1] The plaintiff-appellant's "motion to certify state law question to Georgia Supreme Court" is denied as moot.